# RICHARD PALMA
### ATTORNEY AT LAW
### 225 BROADWAY- SUITE 715
### NEW YORK, NEW YORK 10007

MEMBER OF THE BAR  
NEW YORK

TEL. (212) 686-8111  
FAX. (212) 202-7800  
E-MAIL - rpalma177@gmail.com

January 9, 2024

**ECF**

Honorable Kenneth M. Karas  
United States District Judge  
Southern District of New York Courthouse  
300 Quarropas Street  
White Plains, N.Y. 10601

      Re:    **U.S. v. Harry Pimentel, S-3 22 Cr. 640 (KMK)**  
              **Defense request for approval of CJA funds for a laptop computer.**

Dear Judge Karas:

      In accordance with the Court's December 4, 2023 modified order, ECF 115, as Mr. Harry Pimentel's CJA appointed counsel, this is a defense request respectfully seeking approval of CJA funds for the purchase of a laptop computer and any external drives so that he may review the voluminous discovery in this case, and furthermore, the defense requests that the government produced them where he is incarcerated, the Westchester County Correctional Center in Valhalla, New York. Finally, Mr. Pimentel does not object to the government's December 5th request for the removal of the 30-day deadline set in the aforementioned order so long as the devices are produced in a reasonable time period.

      Thank you.

Granted.

So Ordered.  
/s/ [signature]  
1/9/24

Respectfully submitted,  
s/ Richard Palma  
Richard Palma