Case 7:22-cr-00640-KMK Document 144 Filed 01/09/24 Page 1 of 1

**RICHARD PALMA**
ATTORNEY AT LAW
225 BROADWAY- SUITE 715
NEW YORK, NEW YORK 10007

MEMBER OF THE BAR  
NEW YORK

TEL. (212) 686-8111  
FAX. (212) 202-7800  
E-MAIL - rpalma177@gmail.com

January 9, 2024

**ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

  **Re: U.S. v. Harry Pimentel, S-3 22 Cr. 640 (KMK)**
     **Because of a scheduling conflict, defense counsel requests**
     **permission for co-counsel to appear on his and his client's behalf.**

Dear Judge Karas:

  Because this matter is scheduled on January 26, 2024 at 10 A.M., this date is in conflict with my previously scheduled EDNY CJA Duty Day in Central Islip. For this reason, I respectfully ask Your Honor to permit my colleague, Mr. Patrick J. Joyce, who will appear on this date representing co-defendant George Tatum, to appear on my and my client's behalf. My client has no objection to this request.

  Thank you.

Granted.

So Ordered.
*[signature]*
1/9/24

Respectfully submitted,
s/ Richard Palma
Richard Palma