**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**MEMORANDUM**

FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09)

United States of America,

                Government      Judge :  **Victoria Reznik, U.S.M.J**

      -against-                       Case Number:       22cr640-21   KMK

Harry Pimentel

                     Defendant(s)
-------------------------------------------------------------------X

Honorable Kenneth M. Karas, United States District Judge

      On February 28, 2025, a Rule11 allocution was taken on consent of all parties before me pursuant to your Honor's reference.  Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration.  If I can be of any further assistance in this matter I would be pleased to do so.

Dated: June 25, 2025
White Plains, New York

                                       Respectfully Submitted,

                                   s/VR
                              Victoria Reznik, USMJ